Craig Karpe, Pro Hac Vice
Karpe Litigation Group
2346 S. Lynhurst Dr., Ste C201
Indianapolis, Indiana 46241

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFF
Matthew Liang,

v.

Case No. 06cv1082-LAB(WMC)

DEFENDANT

REQUEST ENTRY OF DEFAULT

Cal-Bay International, Inc, and
Roger e. Pawson, individually and as
President of Cal-Bay International, Inc.

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Defendants Cal-Bay International, Incorporated for failure to plead or otherwise defend.

**AFFIDAVIT**

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on August 21, 2006 by personal service to Cal-Bay International, Inc., 2111 Palamar Airport Rd., Suite 100, Carlsbad, CA 92009.

2. The defendants have failed to plead or otherwise defend in accordance with Fed. R. Civ P. 12.

3. The defendants are not infants, incompetent persons or members of the military.

4. This statement is true and signed under penalties of perjury.

DATE: 9-14-06

Craig R. Karpe, Pro Hac Vice
Attorney for Plaintiff M. Liang
2346 S. Lynhurst Dr., Ste C201
Indianapolis, Indiana 46241
Telephone: (317) 251-1840

06cv1082-LAB(WMC)

1  STATE OF INDIANA    )
                       )
2  COUNTY OF MARION    )

3  On  9-14-06  the above affidavit was subscribed, sworn, and acknowledged as a free act, before me as a Notary Public for said county and state, by Craig Karpe, whose identity I
4  verified as the person described above.

5

6  *Angela Rabensteine*          My commission expires: 1/7/09
   Notary Public

7  *Angela Rabensteine*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that a copy of the foregoing was this date served upon the Defendants |
| 3 | by First Class United States Mail, postage prepaid, and sent to their last known address as |
| 4 | follows: |
| 5 | CAL-BAY INTERNATIONAL, INCORPORATED<br>c/o Stephanie Burruss |
| 6 | 2111 Palamar Airport Road<br>Suite 100 |
| 7 | Carlsbad, California 92009 |
| 8 | ROGER PAWSON<br>2111 Palamar Airport Road |
| 9 | Suite 100<br>Carlsbad, California 92009 |
| 10 | |
| 11 | Indianapolis Indiana this 14 day of September 2006. |
| 12 | By _____<br>Craig R. Karpe |
| 13 | Attorney for Plaintiff Matthew Liang |
| 14 | |
| 15 | KARPE LITIGATION GROUP<br>2346 South Lynhurst Drive<br>Suite C-201 |
| 16 | Indianapolis, Indiana 46241<br>(317) 251-1840 |
| 17 | |