# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LIANG,<br><br>                                    Plaintiff,<br>  vs.<br><br>CAL-BAY INTERNATIONAL, INC. et al.,<br><br>                                  Defendant. | CASE NO. 06cv1082-LAB (WMc)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

      On December 1, 2006 the Court convened a telephonic Early Neutral Evaluation Conference in the above entitled action. Participating were plaintiff Matthew Liang and Craig Karpe, Esq. (counsel for plaintiff) . Also, participating was Robert Scott Dreher, Esq. (counsel for defendant).

      Settlement could not be reached in the case at this time.

      The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

      1.    The Rule 26(f) conference shall be completed before *December 29, 2006*;

      2.    A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before *January 12, 2007*. Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the anticipated dates

for the completion of both non-expert discovery and expert discovery;  and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *January 19, 2007*;

4. Counsel and parties with full settlement authority are ordered to appear ***on January 26, 2007*** at ***2:00 p.m.*** in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101,  for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). **Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without being restricted to a specific sum certain**.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED:  December 3, 2006

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable Larry A. Burns
    U.S. District Judge

    All Counsel and Parties of Record