# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LIANG,<br><br>                                Plaintiff,<br>   vs.<br>CAL-BAY INTERNATIONAL, INC., et al.,<br><br>                              Defendant. | CASE NO. 06cv1082-LAB (WMc)<br><br>ORDER |

     On May 8, 2007, the Court received a written request from counsel to continue the Case Management/Settlement Conference currently scheduled for May 11, 2007. According to counsel of record for plaintiff, "[w]e are attempting to exchange discovery so that meaningful settlement negotiations are possible." Therefore, for good cause shown, the Court issues the following Order:

     1. A Case Management/Settlement Conference ("CMC/SC") will be held on **June 20, 2007 at 9:00 a.m. Counsel and parties** with full settlement authority are ordered to appear *on* at in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). **Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without being restricted to a specific sum certain**.

2. Counsel and parties should be prepared to participate in an all day settlement conference. Counsel shall be prepared to discuss the weaknesses of their case; why settlement is necessary, best case scenario if a party wins; worst case scenario if a party loses.

<u>No further continuances will be granted.  All other orders of the Court remain in full force and effect unless otherwise ordered by the Court.</u>

IT IS SO ORDERED.

DATED: May 10, 2007

*[signature]*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable Larry A. Burns
    U.S. District Judge

All Counsel and Parties of Record