# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MATTHEW LIANG, | CASE NO. 06cv1082-WMc |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| CAL-BAY INTERNATIONAL, INC., et al., | |
| Defendant. | |

On October 13, 2011 at 4:30 p.m. the Court conducted a telephonic status conference. Counsel for plaintiff, Craig Karpe, appeared. The Court instructs Attorney Karpe to submit his revised damages calculation **no later than October 21, 2011.** The Court will set a teleconference with Mr. Karpe following his submission.

IT IS SO ORDERED.

DATED: October 13, 2011

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court